UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERMAINE H. HUDSON                              CIVIL ACTION

VERSUS                                          NO. 07-3650

BURL CAIN                                       SECTION "F"(4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jermaine H. Hudson's petition for issuance of a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 28th day of October, 2009.

UNITED STATES DISTRICT JUDGE